**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**VALARIE MARCELLA, individually**       **PLAINTIFF**
**and as parent of JCH and AMFH, minors**

**v.**      **CASE NO. 4:26-CV-00421-BSM**

**DON COKER,** *et al.*           **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 14th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE